IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| AKECHETA A. MORNINGSTAR, ▒▒▒. | PLAINTIFF |
| V.   Civil action # 3:23-cv-285-TSL-RPM | |
| AMAZON.COM | |
| AMAZON.COM DBA CREATESPACE | DEFENDANT |

### COMPLAINT

(Request Trial by Jury)

COMES NOW, AKECHETA Morningstar, hereby files his complaint against the Defendants Amazon.com and CreateSpace. In support thereof, the Plaintiff states as follows:

(1) The Plaintiff, AKECHETA Morningstar is an adult resident citizen of Hinds County in the State of Mississippi.

(2) Amazon is a Conglomerate whose home office is in Virginia.

(3) Create Space is an independent publishing company who is owned by Amazon. Their headquarters is in California

### JURISDICTION AND VENUE

This Court has jurisdiction over this matter because of 28 U.S.C. 1332 (diversity of

1

Citizenship and the amount in controversy is greater than $75,000.)

# 1
# FACTS

(4) On or about March 2014, Morningstar (In a former existence as Andre (Andres) Johnson) entered into an agreement with Create Space for them to host his Copyrighted work on their platform.

(5) CreateSpace agreed to pay Morningstar $3.48 for each book they sold directly off their platform. They further agreed to pay a lower amount for each book sold off other distributor's platform.

(6) For the first year, there was only a modest amount of books sold off the platform because there wasn't any mass advertisement being done to promote the book.

(7) However, Morningstar was able to sell 2000 or more books on his own

(8) Sometime in 2018, Create space contacted Morningstar and informed him that they would be going out of business and for Morningstar to re-upload his material unto Amazon KDP. This was the furthest from the Truth. This was the first step the Conglomerate Performed in order to fraud the unsuspecting author.

(9) By the way, Amazon has a notorious history and there are plenty of authors who are wailing about Amazon hi-jacking their work.

(10) Morningstar did re-upload his material to Amazon KDP.

(11) At that point, all sales ceased. Around this time Morningstar was recovering from an assassination attempt and kidnapping that he had endured. He didn't have time to deal

with the book.

(12) Years passed, and Morningstar, because of trauma his brain had endured, had put the book in the back of his subconscious. He also was busy working with his ministry and 2 other books.

(13) Eventually, in April, 2023 Morningstar happened to google his old book title and

(14) discovered something awe inspiring. The book was being sold from multiple vendors- even from one in South Africa.

(15) One vendor had his book priced at over $32 (over 3 times what he was asking for)

(16) Doing a little research, he discovered that the book was being published to vendors like Barnes and Noble and to others under the name Create Space. That was the same company that stated that they was going out of business.

(17) Amazon had frauded Morningstar for 5 years. It is no telling how many copies they sold .

(18) Amazon had also blocked Morningstar's platform on his page to prohibit him from getting any sales   He was just recently able to open it back up.

## CAUSE OF ACTION

___Your Honor, Amazon violated section 106, title 17 of the Copyright Act. The Defendant knowingly and maliciously reprinted and distributed copyrighted work of a published Author,. They didn't pay him off the sales. The defendant criminally tried to cover it up by doing all the business in another name. Morningstar now wanders is all the

3

assassination attempts he had to endure are further tied into these crimes. Attached you will find the original copyright to the inspired work. HBO also made a short movie skit based upon the book. That case is being handled in North Mississippi.

The Defendant acted with malice.

Another Cause of action in this case is breach of contract. The four elements of breach of contract. **(1)** *Is there must be a valid contract*. That was true in this case Morningstar and Create space entered into a contract in 2014 for him to get paid off sales of his book on Create space platform. .

**(2)** *Performance.* The Plaintiff held up to his end of the Contract. He uploaded his copyrighted material unto Create Space Platform, hoping to receive royalties off his sales.

4

(3) **breach.** The Defendant breached their performance duty by Frauding him, telling an untruth that they were going out of business. They went behind his back and consummated all the deals under that old name, thus cutting him out of any royalties.

I just recently Advertized My book on META, only to benefit A GREEDY Comglomerate.

## DAMAGES

There is no way possible (And Amazon will probably not tell the whole Truth) to know how many sales took place of that Copyrighted work. But one could assume that it was many since one site had elevated the purchase to $32. Some persons have stated that the book is inspired. As such I am asking for damages of nothing less than 5 million. I am also requesting punitive damages because of the egregiousness of the defendant's actions.

## RELIEF

___The Plaintiff, AKECHETA A. Morningstar seeks the amount of $5 million plus Puntitive damages. And for the Defendant to cease and desist from consummating deals under that old contract.

Respectively submitted, this the 28th day of April, 2023

AKECHETA A. Morningstar, ~~PH. D.~~
109 colonial Circle
Jackson, MS 39211
769-233-1237
3IN1AGENTAM@GMAIL.COM

*Akecheta A. Morningstar* (signature)