```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

AKECHETA A. MORNINGSTAR                              PLAINTIFF

v.                          CIVIL ACTION NO. 3:23-CV-285-TSL-RPM

AMAZON.COM and AMAZON.COM d/b/a
CREATESPACE                                         DEFENDANTS

### JUDGMENT

Pursuant to the memorandum opinion and order entered this day, it is hereby ORDERED AND ADJUDGED that this case and the same is hereby dismissed with prejudice.

SO ORDERED this 16th day of June, 2023.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE

1