# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-60367
Summary Calendar

---

United States Court of Appeals
Fifth Circuit
**FILED**
November 14, 2023
Lyle W. Cayce
Clerk

AKECHETA A. MORNINGSTAR,

*Plaintiff—Appellant,*

versus

AMAZON.COM; AMAZON.COM, *doing business as* CREATESPACE,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-285

---

Before JONES, HIGGINSON, and HO, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

Certified as a true copy and issued
as the mandate on Dec 06, 2023

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**